Steven G. Lisa (Illinois Bar No. 6187348)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| HELFERICH PATENT LICENSING, L.L.C., )<br>    an Illinois Limited Liability Company, )<br>                                                   )<br>                Plaintiff, )<br>                                                   )<br>vs.                                     )<br>                                                   )<br>SUNS LEGACY PARTNERS, LLC, dba )<br>PHOENIX SUNS, a Delaware , and )<br>EVERSPIN TECHNOLOGIES INC., )<br>a Delaware Corporation, )<br>                Defendants. ) | No.<br><br>**CORPORATE DISCLOSURE**<br>**STATEMENT** |

      This Corporate Disclosure Statement is filed on behalf of Helferich Patent Licensing, L.L.C.  Rule 7.1, Federal Rules of Civil Procedure states that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares that there is no such corporation as Plaintiff is a limited liability company and not a nongovernmental corporate party.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  November 22, 2011

> VICTORIA GRUVER CURTIN, P.L.C.
>
> By:*/s/ Victoria Curtin*
> Victoria Gruver Curtin
> 14555 North Scottsdale Rd., Ste. 160
> Scottsdale, Arizona 85254
> Tel.:  (480) 948-3295
> Fax:  (480) 948-3387
>
> Attorney for Plaintiff