Laura E. Muschamp (AZ Bar # 017531)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA 92122-1225
T: (858) 678-1803
F: (858) 678-1603

Michael M. Markman (*Pro Hac Vice*)
mmarkman@cov.com
Robert J. Williams (*Pro Hac Vice*)
rwilliams@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
T:  (415) 591-7000
F:  (415) 955-6520

Attorneys for Defendant
*Phoenix Newspapers, Inc., d/b/a*
*The Arizona Republic*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, LLC<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Suns Legacy Partners LLC, et al.<br><br>　　　Defendants. | Civil Case No.: 2:11-cv-02304 PHX DGC<br><br>**NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT PHOENIX NEWSPAPERS, INC.'S COUNTERCLAIM [Dkt. No. 35] AS MOOT** |

　　　Pursuant to Local Rule 7.2(c), defendant Phoenix Newspapers, Inc. ("PNI"), does not oppose Plaintiff Helferich Patent Licensing, LLC ("HPL")'s Motion To Dismiss Counterclaim By The Arizona Republic [Dkt. No. 35].  Without conceding the merits of HPL's requested relief, PNI elects to amend its Second Counterclaim [Dkt. No. 32] as a matter of right to provide specific examples and further detail concerning allegations of the invalidity of the patents-in-

NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT PHOENIX NEWSPAPERS, INC.'S COUNTERCLAIM [Dkt. No. 35] AS MOOT (Civil Case No.: 2:11-cv-02304 PHX DGC)   1

SF: 162511-1

1  suit. *See* Fed. R. Civ. P. 12(a)(1)(B). PNI's amended counterclaims will render HPL's motion
2  moot. PNI will file its amended second counterclaim on or before the deadline specified by
3  Fed. R. Civ. P. 15(a)(1)(B).

Respectfully Submitted,

DATED: February 16, 2012        By       /s/ *Laura E. Muschamp*

Laura E. Muschamp (AZ Bar # 017531)
lmuschamp@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA 92122-1225
T: (858) 678-1803
F: (858) 678-1603

*Attorneys for Defendant Phoenix Newspapers, Inc.*

Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 16th day of February 2012.

By  /s/ *Laura E. Muschamp*

NON-OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT PHOENIX NEWSPAPERS, INC.'S COUNTERCLAIM [Dkt. No. 35] AS MOOT (Civil Case No.: 2:11-cv-02304 PHX DGC)

3