1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Helferich Patent Licensing, LLC, an Illinois limited liability company, | Lead No. CV11-02304-PHX-NVW |
| 10                  Plaintiff, | **CONSOLIDATED WITH** |
| 11  vs. | |
| 12  Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, | |
| 13 | |
| 14                  Defendant. | |
| 15 | |
| 16  Helferich Patent Licensing, LLC, an Illinois limited liability company, | No. CV11-2476-PHX-NVW |
| 17                  Plaintiff, | |
| 18  vs. | |
| 19  Phoenix Newspapers, Inc., dba the Arizona Republic, an Arizona Corporation, | |
| 20 | |
| 21                  Defendant. | |
| 22 | |

23

24

25

26

27

28

| | |
|---|---|
| Helferich Patent Licensing, LLC, an Illinois limited liability company, | No. CV12-0060-PHX-NVW |
| Plaintiff, | |
| vs. | |
| Nissan Motor Co., Ltd., a Japanese Corporation; Nissan North America, Inc., a California Corporation; and Midway Holdings, Inc., dba Midway Nissan, an Arizona Corporation, | |
| Defendants. | |
| Helferich Patent Licensing, LLC, an Illinois limited liability company, | No. CV12-0100-PHX-NVW |
| Plaintiff, | |
| vs. | |
| NBA Properties, Inc., a New York Corporation; and National Basketball Association, Inc, a New York Corporation, | |
| Defendants. | |

**ORDER**

Defendant-Counterclaimant having responded (Doc. 46) to Plaintiff's motion to dismiss (Doc. 35) by filing an amended answer and counterclaims (Doc. 49) within the time limits of Fed. R. Civ. P. 15(a)(1)(B), as amplified by Fed. R. Civ. P. 6(d),

IT IS THEREFORE ORDERED that Plaintiff's "Motion to Dismiss Counterclaim by the Arizona Republic" (Doc. 35) is DENIED as moot.

Dated this 28th day of February, 2012.

Neil V. Wake
United States District Judge

- 2 -