Steven G. Lisa (Illinois Bar No. 6187348)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | |
| Plaintiff, | Consolidated Case No. 2:11-cv-02304 NVW |
| vs. | |
| Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, | |
| Defendant. | **MOTION FOR RULE 26 CONFERENCE** |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | |
| Plaintiff, | |
| vs. | |
| Phoenix Newspapers, Inc., dba The Arizona Republic, an Arizona Corporation, | |
| Defendant. | |

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., <br>     an Illinois Limited Liability Company, <br><br>                    Plaintiff, <br><br>   vs. <br><br> Nissan Motor Co.,Ltd., a Japanese Corporation; <br> Nissan North America, Inc., a California <br> Corporation; and Midway Holdings, Inc., dba <br> Midway Nissan, an Arizona Corporation, <br><br>                   Defendants. <br> Helferich Patent Licensing, L.L.C., <br>     an Illinois Limited Liability Company, <br><br>                  Plaintiff, <br><br>   vs. <br><br> NBA Properties, Inc., a New York Corporation; <br> and National Basketball Association, <br> a New York Joint Venture, <br>                   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff Helferich Patent Licensing, LLC ("Helferich") hereby moves the Court to calendar a Scheduling Conference under Rule 26, as the previous date was vacated due to judge reassignment.

**Procedural Background**

Helferich filed four suits in this Court alleging infringement of patents relating to systems and methods used by content providers to create, store, and cause delivery of electronic messages and related content to mobile phones. The suits were filed between November 2011 and January 2012 against the Phoenix Suns, the NBA, the Arizona Republic, and Nissan and related defendants. Each of these suits alleged infringement of

U.S. Patent Nos. 7,499,716; 7,280,838; and 7,835,757.  In addition, the *Phoenix Suns* case alleged infringement of U.S. Patent No. 7,155,241.  All Defendants have been served except Nissan Motor Company, Ltd., a Japanese corporation, which has declined to waive service; Helferich is proceeding with Hague Convention service.  All Defendants have answered.

Helferich has obtained three additional patents, recently issued by the Patent Office.  Helferich will move to amend the complaints in the next few days to add claims relating to these three patents.

All of the cases were assigned initially or by transfer to the Hon. Judge Campbell. On January 23, 2012, Judge Campbell held a case management conference in the *Phoenix Suns* case.  At that hearing, Judge Campbell declined to enter a scheduling order until all four cases could be coordinated to move toward a joint claim construction proceeding. (Transcript of Proceedings, Dkt. 34, at 7.)  However, he did provide some guidance on the proposed schedules submitted by Helferich and the Suns, indicating that he preferred Helferich's proposal that the parties exchange infringement and invalidity contentions to inform the claim construction proceedings. (*Id.* at 8, 17.) By Order dated January 24, 2012, Judge Campbell consolidated the cases for pretrial purposes and set a joint case management conference for March 9, 2012 (Dkt. 29).

On February 10, 2012, Judge Campbell recused himself and the cases were reassigned to the Hon. Judge Silver (Dkt. No. 44).  On February 28, 2012, Judge Silver recused herself and the cases were assigned to Hon. Judge Wake.  The case management conference was vacated to be reset by Judge Wake (Dkt. No. 50).

Under Rule 26, Federal Rules of Civil Procedure, the parties planning meeting, the time for initial disclosures, and the opening of discovery all key off of the setting of a scheduling conference. No scheduling conference has been set in these consolidated matters. Accordingly, Helferich respectfully requests that the Court set a case management conference at its earliest convenience.

Respectfully submitted this 11th day of April, 2012

> VICTORIA GRUVER CURTIN, P.L.C.
> By:*/s/ Victoria Curtin*
> Victoria Gruver Curtin
> 14555 North Scottsdale Rd., Ste. 160
> Scottsdale, Arizona 85254
> Tel.: (480) 948-3295
> Fax: (480) 948-3387
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the following CM/ECF registrants:

Donna H. Catalfio
catalfiod@ballardspahr.com
Ballard Spahr, LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555

Syed K. Fareed
sfareed@velaw.com
David B. Weaver
dweaver@velaw.com
Hilary L. Preston
hpreston@velaw.com
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746

Laura E. Muschamp
lmuschamp@cov.com
Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225

Michael Markman
mmarkman@cov.com
Robert J. Williams
rwilliams@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA  94111

Peter J. Brennan
pbrennan@jenner.com
Reginal J. Hill
rhill@jenner.com
Jenner & Block, LLP
353 North Clark Street
Chicago, IL  60654

*/s/ Laura Keller*
Laura Keller