IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, LLC, | No. CV-11-02304-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Suns Legacy Partners, LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Rule 26 Conference (Doc. 60). The Motion states that Plaintiff intends to seek leave to amend its complaint. In light of that, the Rule 26 conference will deferred until the pleadings are completed.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Rule 26 Conference (Doc. 60) is denied.

IT IS FURTHER ORDERED that Plaintiff file by April 18, 2012, its motion or stipulation for leave to file an amended complaint.

DATED this 11th day of April, 2012.

Neil V. Wake
United States District Judge