Steven G. Lisa (Illinois Bar No. 6187348)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | Consolidated Case No. 2:11-cv-02304 NVW |
| Plaintiff, | |
| vs. | |
| Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, | **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendant. | |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | (Oral Argument Requested) |
| Plaintiff, | |
| vs. | |
| Phoenix Newspapers, Inc., dba The Arizona Republic, an Arizona Corporation, | |
| Defendant. | |

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| Nissan Motor Co.,Ltd., a Japanese Corporation; Nissan North America, Inc., a California Corporation; and Midway Holdings, Inc., dba Midway Nissan, an Arizona Corporation, | ) ) ) ) ) ) |
| Defendants. | ) |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| NBA Properties, Inc., a New York Corporation; and National Basketball Association, a New York Joint Venture, | ) ) ) ) |
| Defendants. | ) |

Plaintiff Helferich Patent Licensing, LLC ("Helferich") hereby moves the Court for leave to file its First Amended Complaint in each of these consolidated actions to add allegations of infringement relating to three patents that recently issued.

This motion made pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, and is based on the memorandum of points and authorities set forth below, the exhibits attached hereto and the pleadings and papers on file herein.

Respectfully submitted this 18th day of April, 2012

                              VICTORIA GRUVER CURTIN, P.L.C.
                              By:*/s/ Victoria Curtin*
                                  Victoria Gruver Curtin
                                  14555 North Scottsdale Rd., Ste. 160
                                  Scottsdale, Arizona 85254
                                  Attorney for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORIES

### Procedural Background

Helferich has filed four suits in this Court alleging infringement of patents relating to systems and methods used by content providers to create, store, and cause delivery of electronic messages and related content to mobile phones. Those suits were filed between November 2011 and January 2012 against the Phoenix Suns, the NBA, the Arizona Republic, and Nissan and related defendants. In each case, Helferich alleged infringement of U.S. Patent Nos. 7,499,716; 7,280,838; and 7,835,757. In addition, the *Phoenix Suns* case alleged infringement of U.S. Patent No. 7,155,241. Except for Nissan Motor Company, Ltd., a Japanese corporation ("Nissan Japan"), which has declined to waive service, all Defendants have been served and have answered. With respect to Nissan Japan, Helferich is proceeding with Hague Convention service. Discovery has not begun as no case management conference has occurred with all Defendants following consolidation. Helferich's recent motion for a Rule 26 Conference was denied; the Court ordered Helferich to file this motion for leave to amend by April 18 so that the pleadings could be completed. (Dkt. 61).

### The New Patents

On January 31, 2012, the United States Patent Office ("PTO") issued U.S. Patent No. 8,107,601 (the "'601" Patent). On February 14, 2012, the PTO issued U.S. Patent No. 8,116,741(the'741 patent). On March 13, 2102, the PTO issued U.S. Patent No. 8,134,450. Helferich is the exclusive licensee each of these three patents.

The new '601, '741, and '450 patents are each "child" or related patents to the patents already in suit,[1] and Helferich alleges infringement by similar conduct as that alleged in the current complaints. All Defendants have been on notice that the

---

[1] The new '741 patent is a divisional of asserted Patent No. 7,499,716; the '450 patent stems from the same parent patent as asserted Patent No. 7,280,838; and the '601 patent stems from a continuation-in-part of parent applications of Patent Nos. 7,835,757, 7,499,716, and 7,280,838.

3

applications were pending, that the patents would issue shortly, and that Helferich intended to add them to the actions upon issuance.

### Requested Relief

Pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, leave to amend should be freely granted when justice requires. Given the early stage of proceedings and the related nature of the claims, the interests of justice would be served by adding these patents to the existing proceedings.

Helferich seeks leave to file, in each case, a complaint amended to add allegations relating to these new patents. Redlined copies of each Amended Complaint are attached hereto as exhibits: *Suns Legacy*, Exhibit A; *NBA*, Exhibit B; *Nissan*, Exhibit C; and *Arizona Republic*, Exhibit D. *See* Local Rule 15.1. The *Arizona Republic* amended complaint adds further allegations of willful infringement related to that defendant only.

For the foregoing reasons, Helferich respectfully requests this Court grant leave to file First Amended Complaints.

Respectfully submitted this 18th day of April, 2012

VICTORIA GRUVER CURTIN, P.L.C.
By:*/s/ Victoria Curtin*
    Victoria Gruver Curtin
    14555 North Scottsdale Rd., Ste. 160
    Scottsdale, Arizona 85254
    Tel.: (480) 948-3295
    Fax: (480) 948-3387
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the following CM/ECF registrants:

Donna H. Catalfio
catalfiod@ballardspahr.com
Ballard Spahr, LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555

Syed K. Fareed
sfareed@velaw.com
David B. Weaver
dweaver@velaw.com
Hilary L. Preston
hpreston@velaw.com
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746

Laura E. Muschamp
lmuschamp@cov.com
Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225

Michael Markman
mmarkman@cov.com
Robert J. Williams
rwilliams@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA  94111

/ / /

/ / /

Peter J. Brennan
pbrennan@jenner.com
Reginal J. Hill
rhill@jenner.com
Jenner & Block, LLP
353 North Clark Street
Chicago, IL  60654

*/s/ Laura Keller*
Laura Keller