Steven G. Lisa (Illinois Bar No. 6187348)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Tel & Fax: (312) 752-4357

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Fax:  (480) 596-7956
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, Plaintiff, vs. Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, Defendant. | Consolidated Case No. 2:11-cv-02304 NVW **PLAINTIFF'S SUPPLEMENT TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** (Oral Argument Requested) |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, Plaintiff, vs. Phoenix Newspapers, Inc., dba The Arizona Republic, an Arizona Corporation, Defendant. | |

| | |
|---|---|
| Helferich Patent Licensing, L.L.C.,<br>    an Illinois Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| Nissan Motor Co.,Ltd., a Japanese Corporation;<br>Nissan North America, Inc., a California<br>Corporation; and Midway Holdings, Inc., dba<br>Midway Nissan, an Arizona Corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| Helferich Patent Licensing, L.L.C.,<br>    an Illinois Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| NBA Properties, Inc., a New York Corporation;<br>and National Basketball Association,<br>a New York Joint Venture, | )<br>)<br>) |
| Defendants. | ) |

Pursuant to the Court's Order of April 19, 2012 (Dkt. 63), Plaintiff Helferich Patent Licensing, LLC ("Helferich") hereby supplements its Motion for Leave to File Amended Complaints.

Plaintiff has consulted with Defendants and reports their positions on the Motion as follows:

Suns Legacy Partners (the Phoenix Suns), the NBA and NBA Properties do not oppose the motion. Nissan North America and Midway Nissan similarly do not oppose.[1]

Phoenix Newspapers (the Arizona Republic) does not oppose Helferich amending its complaint to add claims for infringement of the three new patents, but does oppose

---

[1] Nissan Motor Company, Ltd. has not yet been served (it declined to waive service and Helferich is proceeding with Hague Convention service).

Helferich's proposed amendments to the allegations supporting its claim of willfulness (specifically, paragraphs 23-31, 37, 44, 51, 58, 65, 72 of the proposed amended complaint against the Arizona Republic).

Respectfully submitted this 24th day of April, 2012

        VICTORIA GRUVER CURTIN, P.L.C.
        By:/s/ *Victoria Curtin*
            Victoria Gruver Curtin
            14555 North Scottsdale Rd., Ste. 160
            Scottsdale, Arizona 85254
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2012, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the following CM/ECF registrants:

Donna H. Catalfio
catalfiod@ballardspahr.com
Ballard Spahr, LLP
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555

Syed K. Fareed
sfareed@velaw.com
David B. Weaver
dweaver@velaw.com
Hilary L. Preston
hpreston@velaw.com
Vinson & Elkins, LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746

Laura E. Muschamp
lmuschamp@cov.com
Covington & Burling LLP
9191 Towne Centre Drive
6th Floor
San Diego, CA  92122-1225

Michael Markman
mmarkman@cov.com
Robert J. Williams
rwilliams@cov.com
Covington & Burling LLP
One Front Street
San Francisco, CA  94111

Peter J. Brennan
pbrennan@jenner.com
Reginal J. Hill
rhill@jenner.com
Jenner & Block, LLP
353 North Clark Street
Chicago, IL  60654

Thomas M. Klein
tom.klein@bowmanandbrooke.com
Paul R. Lee
paul.lee@bowmanandbrooke.com
Bowman and Brooke, LLP
2901 North Central Avenue
Suite 1600, Phoenix Plaza
Phoenix, AZ  85012

*/s/ Laura Keller*
Laura Keller