Steven G. Lisa (Ariz. State Bar # 029304)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.: (480) 535-6656
Fax: (480) 535-6628

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Attorneys for Plaintiff

Hilary L. Preston
Armita S. Cohen
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103
hpreston@velaw.com
acohen@velaw.com
Tel: (212) 237-0000
Fax: (212)-237-0100

David Weaver
Syed Fareed
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel: 512-542-8400
Fax: 512.236.3278
Attorneys for Defendants Suns Legacy Partners,
National Basketball Association, and NBA Properties, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

1

| | |
|---|---|
| Helferich Patent Licensing, L.L.C.,            )<br>    Plaintiff,            )<br>          )<br> vs.            )<br>           )<br>Suns Legacy Partners, LLC, dba            )<br>Phoenix Suns,            )<br>    Defendant.            ) | Case No. 11-cv-02304 NVW<br>(Consolidated case number) |
| Helferich Patent Licensing, L.L.C.,            )<br>    Plaintiff,            )<br>          )<br> vs.            )<br>           )<br>NBA Properties, Inc., a New York Corporation; )<br>and National Basketball Association,            )<br>    Defendants.            ) | Case No. 2:12-cv-00100 NVW |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, Helferich Patent Licensing, LLC ("Helferich"), and Defendants NBA Properties, Inc., National Basketball Association, and Suns Legacy Partners, LLC (d/b/a The Phoenix Suns) ("NBA Defendants"), through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, that the parties have reached a resolution of this matter and that all claims made or that could have been made in the above-captioned actions by Helferich against the NBA Defendants, and all counterclaims made or that could have been made in the above-captioned actions by the NBA Defendants against Helferich, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 5th day of February, 2013.

                By: */s/ Jon E. Kappes*
                    Jon E. Kappes
                    Attorney for Plaintiff

                Steven G. Lisa (Ariz. State Bar # 029304)
                Jon E. Kappes (Ariz. State Bar # 024714)
                LAW OFFICES OF STEVEN G. LISA, LTD.
                stevelisa@patentit.com
                jonkappes@patentit.com
                14555 N. Scottsdale Rd., Ste. 160
                Scottsdale, Arizona  85254
                Tel.: (480) 535-6656
                Fax: (480) 535-6628

                Victoria Curtin (Ariz. State Bar #010897)
                VICTORIA GRUVER CURTIN, P.L.C.
                14555 N. Scottsdale Rd., Ste. 160
                Scottsdale, Arizona  85254
                Victoria@vcurtin.com
                Tel.:  (480) 998-3547

                Attorneys for Plaintiff

                VINSON & ELKINS, LLP

                By:*/s/  Hilary L. Preston*
                    Hilary L. Preston
                    Armita S. Cohen
                    666 Fifth Avenue, 26th Floor
                    New York, NY  10103
                    Tel: (212) 237-0000
                    Fax: (212) 237-0100
                    hpreston@velaw.com
                    acohen@velaw.com

David Weaver
Syed Fareed
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
dweaver@velaw.com
sfareed@velaw.com
Tel:	(512) 542-8400
Fax:	(512) 236-3278
Attorneys for Defendants Suns Legacy
Partners, LLC d/b/a/ Phoenix Suns, NBA
Properties, Inc. and National Basketball
Association

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2012, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the following CM/ECF registrants:

*/s/ Laura Keller*
Laura Keller