Steven G. Lisa (Ariz. State Bar # 029304)
Jon E. Kappes (Ariz. State Bar # 024714)
LAW OFFICES OF STEVEN G. LISA, LTD.
stevelisa@patentit.com
jonkappes@patentit.com
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Tel.: (480) 535-6656
Fax: (480) 535-6628

Victoria Curtin (Ariz. State Bar #010897)
VICTORIA GRUVER CURTIN, P.L.C.
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, Arizona  85254
Victoria@vcurtin.com
Tel.:  (480) 998-3547
Attorneys for Plaintiff

Michael Markman
mmarkman@cov.com
Robert J. Williams
rwilliams@cov.com
COVINGTON & BURLING, LLP
One Front Street
San Francisco, CA  94111
Tel: (415) 591-7000
Fax: (415) 955-6520
Attorneys for Defendant Phoenix Newspapers, Inc. d/b/a
The Arizona Republic

Reginald J. Hill
Peter J. Brennan
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Tel: (312) 222-9350
Fax: (312) 527-0484

Thomas M. Klein (010954)
Paul R. Lee (018464)
BOWMAN AND BROOKE LLP
tom.klein@bowmanandbrooke.com
paul.lee@bowmanandbrooke.com

Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2761
Tel: (602) 643-2300
Fax: (602) 248-0947
Attorneys for Defendants Nissan Motor Co., Ltd, Nissan North America, Inc. and Midway Holdings, Inc., d/b/a Midway Nissan

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, <br><br>  Plaintiff, <br><br> vs. <br><br> Suns Legacy Partners, LLC, dba Phoenix Suns, a Delaware Limited Liability Company, <br>  Defendant. | Consolidated Case <br> No. 2:11-cv-02304 NVW <br><br><br><br><br> JOINT PROPOSED REVISED CASE MANAGEMENT SCHEDULE |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, <br><br>  Plaintiff, <br> vs. <br><br> Phoenix Newspapers, Inc., dba The Arizona Republic, an Arizona Corporation, <br><br>  Defendant. | |
| Helferich Patent Licensing, L.L.C., an Illinois Limited Liability Company, <br><br>  Plaintiff, <br><br> vs. | |

2

Nissan Motor Co.,Ltd., a Japanese Corporation; )
Nissan North America, Inc., a California        )
Corporation; and Midway Holdings, Inc., dba     )
Midway Nissan, an Arizona Corporation,          )
                                                )
               Defendants.                      )

Pursuant to the Court's Order, Dkt. 164, the parties submit the following proposed revisions to the Case Management Schedule.  The paragraphs are modified from the Scheduling Order, Dkt. 115.  The parties agree to the following change:

7. Deadline for Exchange of Claim Terms and Constructions: **September 27, 2013 or 30 days after the Markman hearing** (presently set for August 26, 2013) in the Illinois Cases[1], whichever is later.  The deadline to select terms shall be **October 11, 2013 or 45 days after the Markman hearing** in the Illinois Cases, whichever is later.

The parties dispute how best to accommodate expert discovery without delaying claim construction and dispositive motions unduly.  Plaintiff resolves the issue by shortening the time for expert discovery; defendants overlap expert discovery to a greater degree with briefing on claim construction and dispositive motions, and begin the briefing later.  Each sides proposal is set out below; also attached is a summary chart comparing the current schedule and the parties' proposals.

        **HELFERICH'S PROPOSAL:**

8. Deadlines for Disclosure of Experts and Completion of Expert Discovery.

    a. The parties shall provide full and complete expert disclosures as required by Rule 26(a)(22)(A)-(C) of the Federal Rules of Civil Procedure no later than **November 22, 2013**.

    b. Rebuttal expert disclosures, if any, shall be made not later than **December 13, 2013**.  Rebuttal experts shall be limited to responding to opinions stated by initial experts.

---

[1] The Illinois Cases are *Helferich Patent Licensing, LLC v. NewYork Times Company,* No. 1:10-CV-04387 and related cases pending before Judge Darrah in the Northern District of Illinois.

3

c. Expert depositions shall be completed no later than **January 17, 2014.** As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

10. <u>Deadline for Filing Dispositive Motions and Claim Construction Briefs</u>.

a. Simultaneous dispositive motions and opening briefs regarding claim construction shall be filed no later than the latter of **January 10, 2014 or 30 days after the Markman decision** in the Illinois cases**,** at 5:00 p.m. Arizona time. Simultaneous responses or responsive briefs (regarding claim construction) shall be filed no later than the latter of **February 10, 2014 or 30 days after filing dispositive motions and opening briefs regarding claim construction,** at 5:00 p.m. Arizona time. Any reply briefs shall be filed no later than the latter of **February 25, 2014 or 15 days after filing responsive briefs,** at 5:00 p.m. Arizona time. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules. The Court sets oral argument on any dispositive motions/claim construction briefs for the latter of **March 14, 2014,** at 2:00 p.m. or a date and time set by the Court approximately 21 days after the date set for filing reply briefs.

In addition, Helferich Patent Licensing, LLC ("Helferich") proposes that the Court hold a status conference two weeks after the claim construction ruling in the Illinois cases (or at the Court's convenience) to address any issues raised thereby. Helferich further proposes that the Court move forward briefing on any *Daubert* motions so that the actions can be ready for trial on the merits promptly after any claim construction and rulings on dispositive motions. Helferich's proposed modifications are:

12. <u>Daubert Motions</u>. The deadline for filing any daubert motion shall be **January 31, 2014** at 5:00 p.m. Arizona time. Any responses shall be filed no later than **February 28, 2014** at 5:00 p.m. Arizona time. Any replies shall be filed no later than **March 14, 2014** at 5:00 p.m. Arizona time.

**DEFENDANTS' POSITION:**

    8.    <u>Deadlines for Disclosure of Experts and Completion of Expert Discovery.</u>

    a.  The parties shall provide full and complete expert disclosures as erquired by Rule 26(a)(22)(A)-(C) of the Federal Rules of Civil Procedure no later than the latter of **October 25, 2013 or 15 days after the Markman decision** in the Illinois cases**.**

    b.  Rebuttal expert disclosures, if any, shall be made not later than the latter of **November 22, 2013 or 45 days after the Markman decision** in the Illinois cases.  Rebuttal experts shall be limited to responding to opinions stated by initial experts.

    c.  Expert depositions shall be completed no later than **December 20, 2013 or 75 days after the Markman decision** in the Illinois cases**.** As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

    10.    <u>Deadline for Filing Dispositive Motions and Claim Construction Briefs</u>.

    a.    Simultaneous dispositive motions and opening briefs regarding claim construction shall be filed no later than the latter of **January 10, 2014 or 45 days after the Markman decision** in the Illinois cases**,** at 5:00 p.m. Arizona time. Simultaneous responses or responsive briefs (regarding claim construction) shall be filed no later than the latter of **February 10, 2014 or 75 days after the Markman decision** in the Illinois cases**,** at 5:00 p.m. Arizona time. Any reply briefs shall be filed no later than the latter of **February 25, 2014 or 90 days after the Markman decision** in the Illinois cases**,** at 5:00 p.m. Arizona time. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules. The Court sets oral argument on any dispositive motions/claim construction briefs for the latter of **March 14, 2014, at 2:00 p.m.** or a date and time set by the Court approximately 21 days after the date set for filing reply briefs.

Defendants do not take a position with regard to Plaintiff's request for a status conference following Judge Darrah's construction ruling. Defendants oppose altering the schedule regarding *Daubert* motions.

Dated:  February 20, 2013

        VICTORIA GRUVER CURTIN, P.L.C.

By:*/s/ Victoria Curtin*
    Victoria Gruver Curtin
    14555 North Scottsdale Rd., Ste. 160
    Scottsdale, Arizona 85254
    Tel.:  (480) 948-3295
    Fax:  (480) 948-3387

    Attorney for Plaintiff

COVINGTON & BURLING LLP

By*/s/ Michael Markman*
    Michael Markman
    mmarkman@cov.com
    Robert J. Williams
    rwilliams@cov.com
    Covington & Burling LLP
    One Front Street
    San Francisco, CA  94111
    Attorney for Defendant Phoenix
    Newspaper, Inc., d/b/a The Arizona
    Republic

JENNER & BLOCK, LLP

By:*/s/ Reginald J. Hill*
    Reginald J. Hill
    Peter J. Brennan
    353 North Clark Street
    Chicago, IL  60654
    Tel: (312) 222-9350
    Fax: (312) 527-0484
    Attorneys for Defendant Nissan Motor Co., Ltd.
    Nissan North America, Inc., and Midway
    Holdings, Inc., d/b/a/ Midway Nissan

## COMPARISON OF CURRENT AND PROPOSED DEADLINES

| Event | Current Schedule | Helferich's Proposal | Defendants' Proposal |
|---|---|---|---|
| Markman Hearing in Illinois Cases | Aug. 26, 2013 | -- | -- |
| Status Conference | | 2 weeks after Markman decision in Illinois cases | |
| Exchange of claim terms and constructions | Sept. 27, 2013 | Sept. 27, 2013 or 30 days after the Markman hearing | Same |
| Select claim terms for construction | Oct. 11, 2013 | Oct. 11, 2013 or 45 days after the Markman hearing | Same |
| Expert disclosures | Oct. 25, 2013 | Nov. 22, 2013 | Oct. 25, 2013 or 15 days after the Markman decision |
| Rebuttal disclosures | Nov. 22, 2013 | Dec. 13, 2013 | Nov. 22, 2013 or 45 days after the Markman decision |
| Close of expert depositions | Dec. 20, 2013 | Jan. 17, 2014 | Dec. 20, 2013 |
| Dispositive motions and opening claim construction briefs | Jan. 10, 2013 | Jan. 10, 2014 or 30 days after the Markman decision | Jan. 10, 2014 or 45 days after the Markman decision |
| Responsive briefs | Feb. 10, 2013 | Feb. 10, 2014 or 30 days after motions/claim construction briefs | Feb. 10, 2014 or 75 days after the Markman decision |
| Reply briefs | Feb. 25, 2014 | February 25, 2014 or 15 days after responsive briefs | Feb. 25, 2014 or 90 days after the Markman decision |
| Hearing re dispositive motions and claim construction | March 14, 2014 | March 14, 2014, at 2:00 p.m. or approximately 21 days after reply briefs | Same |
| Daubert motions | April 18, 2014 | Jan. 31, 2014 | April 18, 2014 |
| Response re Daubert | May 2, 2014 | Feb. 28, 2014 | May 2, 2014 |
| Reply re Daubert | May 16, 2014 | March 14, 2014 | May 16, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2013, I electronically transmitted the attached document to the Clerks' Office using the Court's CM/ECF System for filing and a transmittal of a Notice of Electronic Filing was sent electronically to the CM/ECF registrants:

*/s/ Laura Keller*
Laura Keller